UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

STEPHEN BRYANT,

Debtor.
_____/

Bankruptcy
Case No.: 8:09-bk-02640-CED

Chapter 13

STEPHEN BRYANT,
an individual,

Plaintiff,

v.

NAVY FEDERAL CREDIT UNION,
a foreign credit union,

Defendant.
_____/

Adversary
Proceeding No.: 8:09-ap-767-CED

## NOTICE OF PENDING SETTLEMENT

Plaintiff, STEPHEN BRYANT, by and through his undersigned counsel and pursuant to Middle District of Florida, Local Rule 3.08, hereby submits this *Notice of Pending Settlement* and states that Plaintiff and Defendant, NAVY FEDERAL CREDIT UNION, have reached a verbal settlement with regard to all claims in this case, and the parties are presently drafting, finalizing, and executing the written settlement agreement and release. Upon execution of a mutually agreeable confidential settlement agreement and release, undersigned counsel will execute and file a Notice of Settlement and Stipulation for Dismissal with Prejudice as to NAVY FEDERAL CREDIT UNION.

Submitted this 19th day of November 2009.

Respectfully Submitted,

**LEAVENGOOD & NASH, P.A.**

/s/ Ian R. Leavengood
**Ian R. Leavengood, Esq., FBN 0010167**
2958 First Avenue North
St. Petersburg, FL 33713
Phone: (727) 327-3328
Fax: (727) 327-3305
ileavengood@leavenlaw.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing *Notice of Pending Settlement* has been furnished electronically or by U.S. Mail this 19th day of November 2009 to:

Tom Lyons, Esq.
Counsel for Defendant
820 Follin Lane
Vienna, VA 22180

Stephen Bryant
459 Whispering Lakes Blvd
Tarpon Springs, FL 34688

/s/ Ian R. Leavengood
Attorney