UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

STEPHEN BRYANT

    Debtor(s).
_____/

Bankruptcy
Case No.: 8:09-bk-02640-CED

Chapter 13

STEPHEN BRYANT,
an individual,

    Plaintiff(s),

v.

NAVY FEDERAL CREDIT UNION,
a foreign credit union,

    Defendant(s).
_____/

Adversary
Proceeding No.: 8:09-ap-767-CED

## NOTICE OF SETTLEMENT AND
## STIPULATION FOR DISMISSAL WITH PREJUDICE

**COMES NOW**, Plaintiff, STEPHEN BRYANT, by and through his undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(i) and Middle District of Florida, Local Rule 3.08, hereby files this *Notice of Settlement and Stipulation for Dismissal with Prejudice*. Pursuant to Plaintiff's settlement with NAVY FEDERAL CREDIT UNION ("Defendant"), Plaintiff states as follows:

    1.    A confidential settlement has been reached between Plaintiff and Defendant in the above-styled case.

    2.    Plaintiff's claims are being dismissed with prejudice.

3. The Parties shall bear their own attorney's fees and costs, subject to the settlement provisions that any Plaintiff's attorney's fees and costs shall be paid from any settlement.

Submitted this 23rd day of December 2009.

          Respectfully Submitted,

          **LEAVENGOOD & NASH, P.A.**

          /s/ Ian R. Leavengood
          **Ian R. Leavengood, Esq., FBN 0010167**
          **Christopher C. Dyer, Esq., FBN 68674**
          2958 First Avenue North
          St. Petersburg, FL 33713
          Phone: (727) 327-3328
          Fax: (727) 327-3305
          ileavengood@leavenlaw.com
          Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing *Notice of Settlement and Stipulation for Dismissal with Prejudice* has been furnished either electronically or by U.S. Mail this 23rd day of December 2009 to:

Mr. Tom Lyons
Navy Federal Credit Union
PO Box 3000
Merrifield, VA 22119

Stephen Bryant
459 Whispering Lakes Blvd
Tarpon Springs, FL 34688

          /s/ Ian R. Leavengood
          Attorney